## EUROTAS P. HASTINGS *versus* JOHN COLLINS, JAMES COLLINS, AND MARGARET COLLINS.

JOURNAL ENTRIES (1832–34): *Journal 4:* (1) Rule to appear, copy of rule ordered published *p. 509. *Journal 5:* (2) Motion to take bill as confessed and for reference to master *p. 4; (3) bill taken as confessed, referred to master *p. 8; (4) motion to confirm master's report *p. 14; (5) master's report confirmed, decree *p. 24.

PAPERS IN FILE: (1) Bill of complaint, precipe for subpoena; (2) writ of subpoena and return; (3) affidavit of non-residence; (4) motion for notice by publication; (5) proof of publication; (6) motion to take bill as confessed; (7) master's report of amount due; (8) decree signed by all of the judges; (9) precipe to enter satisfaction, etc.; (10) deed of mortgage— James Collins to DeGarmo Jones, assignment— DeGarmo Jones to Eurotas P. Hastings.

*Chancery Case* 151 of 1832.

## IN THE MATTER OF THE ESTATE OF OLIVER W. MILLER, DECEASED (JOHN PALMER, PETITIONER).

JOURNAL ENTRIES (1832): *Journal 4:* (1) License to convey *p. 512.

PAPERS IN FILE: [None]

*1824—36 Calendar,* MS p. 223.